IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 86-cr-00206

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

WILLIAM L. HAYES,

       Defendant.

___

RELEASE OF JUDGMENT LIEN
___

The United States of America, by and through its undersigned attorney, does hereby release all right, title, and interest in the Lien created by the filing of that certain Abstract of Judgment, recorded on March 20, 1995, Reception No: 9500031506, in the County of Denver, Denver, Colorado.

                TROY A. EID
                United States Attorney

Dated: September 17, 2007    By: *s/ Lisa A. Christian*
                Lisa A. Christian
                Assistant U.S. Attorney
                1225 17th Street, Suite 700
                Denver, CO 80202
                303.454.0100
                Fax: 303.454.0404
                Lisa.Christian@usdoj.gov
                Attorney's for Plaintiff
                United States of America